LECLAIRRYAN, A PROFESSIONAL CORPORATION
David V. Wilson II, Esq.  (Bar No. 10278)
8275 S. Eastern Avenue
Suite 200
Las Vegas, NV  89123
Tel.: 702-990-8418
Fax: 702- 990-8681
David.Wilson@leclairryan.com

Attorneys for Plaintiffs


WEIDE & MILLER, LTD.
F. Christopher Austin (Bar No. 6559)
Ryan R. Gile (Bar No. 8807)
7251 W. Lake Mead Blvd.
Suite 530
Las Vegas, NV  89128
Tel.: 702-382-4804
Fax: 702-382-4805
caustin@weidmiller.com
rgile@weidemiller.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORI BRAUN, an individual, and LORI BRAUN FAMILY TRUST, an Australian Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>SEPHORA USA, INC.,<br><br>Defendant. | Case No.: **2:16-cv-1505-RFB-VCF**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled action by their attorneys, that:

1

STIPULATION OF DISMISSAL WITH PREJUDICE

19189614

1  (1) No party admits liability;

2  (2) Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Stipulation of Dismissal; and

3  (3) All claims in the above action are hereby dismissed with prejudice.

SO STIPULATED AND AGREED on this 23rd day of September, 2016.

Respectfully submitted,

LeClairRyan, A Professional Corporation

By: /s/ David V. Wilson II
David V. Wilson II (Bar No. 10278)
8275 S. Eastern Avenue
Suite 200
Las Vegas, NV  89123
Tel.: 702-990-8418
Fax: 702-990-8681
David.Wilson@leclairryan.com

Andrew P. Zappia (*pro hac vice* papers will be submitted)
70 Linden Oaks
Suite 210
Rochester, NY  14625
Tel.: 585-270-2100
Fax: 585-270-2179
Andrew.Zappia@leclairryan.com

Attorneys for Plaintiffs

WEIDE & MILLER, LTD.

By: /s/ F. Christopher Austin
F. Christopher Austin (Bar No. 6559)
Ryan R. Gile (Bar No. 8807)
7251 W. Lake Mead Blvd.
Suite 530
Las Vegas, NV  89128
Tel.: 702-382-4804
Fax: 702-382-4805
caustin@weidmiller.com
rgile@weidemiller.com

Attorneys for Defendant

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED:   9/30/16.                        .

SUBMITTED BY:

LECLAIRRYAN, A PROFESSIONAL
CORPORATION


By: _____
    David V. Wilson II (Bar No. 10278)
    8275 S. Eastern Avenue
    Suite 200
    Las Vegas, NV  89123
    Tel.: 702-990-8418
    Fax: 702-990-8681
    David.Wilson@leclairryan.com

    Andrew P. Zappia (*pro hac vice* papers
    will be submitted)
    70 Linden Oaks
    Suite 210
    Rochester, NY  14625
    Tel.: 585-270-2100
    Fax: 585-270-2179
    Andrew.Zappia@leclairryan.com

    Attorneys for Plaintiffs

3
STIPULATION OF DISMISSAL WITH PREJUDICE

19189614